**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1741

KEISHA L. BROWN,

Plaintiff – Appellant,

v.

PRINCE GEORGE'S HOSPITAL; DIMENSIONS HEALTHCARE SYSTEM;
PAMELA DURNING; BEVERLY CALLOWAY; UCHENNA NWANERI; ARTHUR
HOWARD; DARRYL ATWELL,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:09-
cv-00295-RWT)

Submitted: December 15, 2011      Decided: December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keisha L. Brown, Appellant Pro Se. Robert Bruce Wallace, WILSON,
ELSER, MOSKOWITZ, EDLEMAN, & DICKER, LLP, Washington, D.C.;
Stephanie D. Kinder, LAW OFFICES OF STEPHANIE D. KINDER,
Baltimore, Maryland; Anu Kmt, KEMET AND HUNT PLLC, College Park,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keisha L. Brown appeals the district court's orders dismissing as untimely her defamation claims accruing prior to February 8, 2008, and granting summary judgment on her remaining claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Prince George's Hospital, No. 8:09-cv-00295-RWT (D. Md., Nov. 4, 2009 & June 9, 2011). We further deny Brown's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED